JS-6

Ralph C. Loeb, Esq. (#124773)
**KRANE & SMITH**
16255 Ventura Boulevard
Suite 600
Encino, CA 91436

Tel: (818) 382-4000
Fax: (818) 382-4001

Attorneys for Plaintiff,
LIFE ALERT EMERGENCY RESPONSE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>LIFE ALERT I.D., a business entity of unknown form and GARY BURRELL, an individual,<br><br>  Defendants. | CASE NO. CV08-02895 CAS (FFMx)<br><br>~~[PROPOSED]~~ **FINAL JUDGMENT AND PERMANENT INJUNCTION** |

   Plaintiff, LIFE ALERT EMERGENCY RESPONSE, INC. ("Plaintiff") and Defendant, GARY BURRELL doing business as LIFE ALERT I.D. ("Defendant"), having stipulated to a Final Judgment and Permanent Injunction, and having waived any required findings of fact and/or conclusions of law, and having further waived any additional notice, and having stipulated and agreed that this Final Judgment and Permanent Injunction may be entered forthwith;

/ / /

**IT IS ORDERED, ADJUDGED AND DECREED:**

1. Defendant, his officers, agents, servants, distributors, representatives, employees, attorneys, and any person or entity acting on behalf of, through, or in concert or participation with Defendant, or any person, parent, subsidiary, or affiliated entity of Defendant (collectively the "Enjoined Parties"), are hereby permanently, restrained, enjoined and prohibited, directly or indirectly, by any means, method or device whatsoever, from using the trademark "Life Alert", or any colorable imitation or variation thereof, and/or any other name or mark likely to cause confusion, mistake, or deception with the above trademark as to the source of origin of the goods and/or services of an Enjoined Party and/or the affiliation, sponsorship and/or approval of the Plaintiff of the goods and/or services of an Enjoined Party in connection with the sale, offering for sale, distribution, manufacturing, advertising, or promotion of goods and/or services by an Enjoined Party, and/or in connection with any Internet domain name;

2. This Final Judgment and the Permanent Injunction contained herein shall be binding upon the Enjoined Parties upon entry by the Court without further notice to any party. The Court shall retain jurisdiction of this matter for purposes of enforcement, performance and modification of this Permanent Injunction.

/ / /

/ / /

/ / /

/ / /

1    3.   No bond shall be required to secure this Final Judgment
2 or Permanent Injunction.

### ORDER

**IT IS SO ORDERED:**

Dated: August 14, 2008    _____/s/ Christine A. Snyder_____
                          JUDGE OF THE UNITED STATES
                          DISTRICT COURT
                          CENTRAL DISTRICT OF CALIFORNIA

**SUBMITTED BY:**

____/s/_____
Ralph C. Loeb, Esq.
Attorney for Plaintiff
LIFE ALERT EMERGENCY RESPONSE, INC.


**APPROVED AS TO FORM:**

____/S/_____
Andres F. Quintana, Esq.
Attorney for Defendant GARY
BURRELL doing business as LIFE
ALERT I.D.